IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Claude Hendricks v. Daimler Chrysler | : | C.A.No. 2:02 CV 02764 |
| Frank Sakewicz v. Ford Motor Company | : | C.A.No. 2:02 CV 02969 |
| Edward Solomon v. Daimler Chrysler | : | C.A.No. 2:02 CV 02970 |
| Robbin Collier v. Ford Motor Company | : | C.A.No. 2:02 CV 02974 |
| William Palmer v. Ford Motor Company | : | C.A.No. 2:02 CV 03556 |

O R D E R

This Court has previously administratively dismissed these cases pending the determination of certain issues by the Bankruptcy Court. Those issues having now been resolved, these cases are hereby reinstated for the purpose set forth herein.

These cases were originally filed in the Pennsylvania State Court of Common Pleas for the County of Delaware, and subsequently removed to the United States District Court for the Eastern District of Pennsylvania. The removal was predicated upon the theory of "related to" bankruptcy jurisdiction, vis-a-vis the bankruptcy filing in the United States District Court for the District of Delaware by Federal Mogul Corporation or the bankruptcy filing by Armstrong World Industries. A large number of similar cases were directly transferred or removed to the Bankruptcy Court in Delaware the Third Circuit designated the Honorable Alfred M. Wolin as the presiding judge. Having completed an extensive briefing and hearing process, Judge Wolin, on February 8, 2002, issued his ruling that the Bankruptcy Court lacked jurisdiction in these matters and thereupon ordered their transfer back to the various state courts. The order was appealed to the United States Court of Appeals for the Third Circuit and on July 31, 2002, Judge Slovitor issued the Court's opinion upholding Judge Wolin's decision. The Supreme Court denied cert and all avenues for appeal appear to have been exhausted by the parties.

The action before this Court is similarly situated with regard to its removal from the state court. The Court can find no reason not to comply with Judge Wolin's decision as it relates to the removal of this case to the federal court.

IT IS ORDERED that these cases are hereby reinstated and remanded to the State of Pennsylvania Commonwealth Court for Delaware County from whence they were removed to this Court.

DONE this 21ST day of February, 2003.

BY THE COURT

_____
Charles R. Weiner          S.J.